USDC SCAN INDEX SHEET






USA

BRINK

LMM
3:95-CR-01985
*31*
*CRJGMCOMI.*

```
A.O.245 S Sheet 1 Judgment including Sentence Under the Sentencing Reform Act
=========================================================================
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA
```

FILED
AUG 19 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
L. Mitchell DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>VS<br><br>AARON FRANKLIN BRINK | JUDGMENT INCLUDING SENTENCE<br>UNDER THE SENTENCING REFORM ACT<br><br>CRIMINAL CASE NUMBER 95-1985-IEG |

GERARD WASSON FEDERAL DEFENDERS INC
Defendant's Attorney

THE DEFENDANT

X   Plead guilty to count(s)  __1 of the indictment__
___ was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count(s) |
|---|---|---|
| 21 USC 952,960 | Importation of marijuana | |

The defendant is sentenced as provided in pages 2 through __4__ of this Judgment. The sentence is imposed pursuant to the Sentence Reform Act of 1984.
   The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).
   __Remaining counts__ are dismissed on the motion of the United States.
   Pursuant to 18 USC 3013 an assessment is hereby levied in the amount of $ __50.00__.
   __X__ Fine and restitution ordered waived.
X   PROPERTY SHALL FORFEIT PURSUANT TO ORDER FILED __8-19-96__
    WHICH IS HEREBY INCORPORATED BY REFERENCE.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

DEFENSE COUNSEL:

GERARD WASSON
FEDERAL DEFENDERS INC

I hereby attest and certify on _____
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

August 19, 1996
DATE OF IMPOSITION OF SENTENCE

IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE

31  ENTERED ON
AUG 21 1996

AO 245 S Sheet 2 IMPRISONMENT
=================================================================
DEFENDANT: AARON FRANKLIN BRINK                Judgment Page 2 of 4
CASE NUMBER: 95-1985-IEG

## IMPRISONMENT

   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  thirty (30) months

_X_  The Court makes the following recommendations to the Bureau of Prisons:
     That the defendant be designated to the Intensive Confinement Center, Lewisburg, Pennsylvania.

___  The defendant is remanded to the custody of the United States Marshal.
_X_  The defendant shall surrender to the United States Marshal for this district at 4:00 p.m. on  10-18-96  OR
_X_  The defendant shall surrender for service of sentence at the institution
        designated by the Bureau of Prisons
        _X_ on or before 10-31-96 @ 4:00 p.m.

## RETURN

   I have executed this Judgment as follows:

_____
_____

   Defendant delivered on _____ to _____
_____, with a certified copy of this judgment.

                                         UNITED STATES MARSHAL

                                    BY_____
                                              DEPUTY MARSHAL

```
=====================================================================
```
DEFENDANT: AARON FRANKLIN BRINK                JUDGMENT PAGE 3 OF 4
CASE NUMBER: 95-1985-IEG

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of four (4) months.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

    ___ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

    _X_ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release.

The defendant shall comply with the standard conditions that have adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page (if indicated below).

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distribute or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

```
===============================================================================
```
DEFENDANT: AARON FRANKLIN BRINK                JUDGMENT PAGE 4  OF 4
CASE NUMBER: 95-1985-IEG

## SPECIAL CONDITIONS OF SUPERVISION

_X_ Participate in a program of drug or alcohol abuse treatment including urinalysis testing and counseling as directed by the Probation Officer.
_X_ Submit to search of his person, property, residence, abode or vehicle at a reasonable time and in a reasonable manner by the Probation officer.
_X_ Report all vehicles owned or operated or in which you have an interest to the Probation Officer.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

United States v. __Aaron Franklin Brink__ Docket __95-1985-01-IEG__
Dated __8/19/96__

I. **FACTS**
   A. _X_ Court/parties had no objection to the facts or guideline calculations as set forth in presentence report attached hereto and marked as Exhibit A.

   B. ___ Court/parties had objections to the facts or guideline calculations set forth in the presentence report which were:
      1. ___ Denied
      2. ___ Granted (reflected in Exhibit B)(R/T)
      3. ___ Denied in part and granted in part (Exhibit B)

II. **GUIDELINE APPLICATIONS**
   A. ___ The reasons for these guideline determinations are set forth in the presentence report which the court finds reasonably address, in totality, the criminal conduct in question.

   B. _X_ Statement of Reasons for Imposing sentence:
      1. The court finds the applicable offense level is __18__
         Criminal History level is __I__, Guideline range is __30-37 mos__
         Minimum Mandatory is _____
      2. Guideline range does not exceed 24 months:
         Sentence is _____
      3. Guideline range exceeds 24 months:
         Sentence is __30 mos__
         a. the defendant's background and attitude support a sentence at the bottom range of the guidelines.
         b. no particularly aggravating or mitigating circumstances, so mid-range is appropriate.
         c. criminal history and other criminal conduct supports sentence in top range of guidelines.
         d. See PSR _____
         e. Other _____
   C. _X_ Plea Agreement - The court has accepted plea agreement:
      1. _X_ It is satisfied that the agreement adequately reflects the seriousness of the actual offense behavior and that accepting the plea agreement will not undermine the statutory purposes of sentencing.
      2. ___ The recommended sentence and/or binding cap is within the applicable guideline range.

III. **DEPARTURES**
   A. ___ None
   B. _X_ Upward/(Downward) (circle)
      1. Reasons:
         a. _X_ Reflected in Probation Report Departure section
         b. ___ Reflected in Exhibit __ (written statement of reasons or transcript of the statement of reasons) §5K1.1
         c. ___ Departure downward based on plea bargain found to be reasonable.

IV. **RESTITUTION**
   A. ___ Full restitution ordered
   B. _X_ Defendant unable to pay full restitution within probation period or period of supervised release.

V. **FINE**
   A. _X_ No fine ordered as defendant affirmatively demonstrated an inability to pay a fine.
   B. ___ Fine of _____ imposed.

VI. **SENTENCE IMPOSED**
   (See Judgment attached, Exhibit D)

   _____
   IRMA E. GONZALEZ, Judge