US DISTRICT COURT INDEX SHEET







USA

BRINK

SLC
3:95-CR-1985
*32*
*CROJGMCOMI*

A.O.245 S Sheet 1 Judgment including Sentence Under the Sentencing Reform Act
================================================================================

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 28 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

CORRECTED

UNITED STATES OF AMERICA           JUDGMENT INCLUDING SENTENCE
VS                                 UNDER THE SENTENCING REFORM ACT

AARON FRANKLIN BRINK               CRIMINAL CASE NUMBER 95-1985-IEG

                                   GERARD WASSON FEDERAL DEFENDERS INC
                                   Defendant's Attorney

THE DEFENDANT

__X__ Plead guilty to count(s) __1 of the indictment__
__ __ was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count(s) |
|---|---|---|
| 21 USC 952,960 | Importation of marijuana | |

The defendant is sentenced as provided in pages 2 through __4__ of this Judgment. The sentence is imposed pursuant to the Sentence Reform Act of 1984.
    The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).
    __Remaining counts__ are dismissed on the motion of the United States.
    Pursuant to 18 USC 3013 an assessment is hereby levied in the amount of $ __50.00__ .
    __X__ Fine and restitution ordered waived.
__X__ PROPERTY SHALL FORFEIT PURSUANT TO ORDER FILED __8-19-96__
    WHICH IS HEREBY INCORPORATED BY REFERENCE.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

DEFENSE COUNSEL:

                                   August 19, 1996
                                   DATE OF IMPOSITION OF SENTENCE

GERARD WASSON                      IRMA E. GONZALEZ
FEDERAL DEFENDERS INC              UNITED STATES DISTRICT JUDGE

32 [S]   ENTERED ON   AUG 29 1996

AO 245 S Sheet 2 IMPRISONMENT
===============================================================

DEFENDANT: AARON FRANKLIN BRINK                Judgment Page 2 of 4
CASE NUMBER: 95-1985-IEG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  thirty (30) months

_X_  The Court makes the following recommendations to the Bureau of Prisons:
That the defendant be designated to the Intensive Confinement Center, Lewisburg, Pennsylvania.

___  The defendant is remanded to the custody of the United States Marshal.
_X_  The defendant shall surrender to the United States Marshal for this district at 4:00 p.m. on  10-18-96  OR
_X_  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons
     _X_  on or before 10-31-96 @ 4:00 p.m.

## RETURN

I have executed this Judgment as follows:

_____
_____

Defendant delivered on _____ to _____
_____, with a certified copy of this judgment.

                              UNITED STATES MARSHAL

                         BY _____
                              DEPUTY MARSHAL

```
DEFENDANT: AARON FRANKLIN BRINK              JUDGMENT PAGE 3  OF 4
CASE NUMBER: 95-1985-IEG
```

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of four (4) years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

> ____ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

> _X_ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release.

The defendant shall comply with the standard conditions that have adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distribute or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

```
DEFENDANT: AARON FRANKLIN BRINK                JUDGMENT PAGE 4  OF 4
CASE NUMBER: 95-1985-IEG
```

## SPECIAL CONDITIONS OF SUPERVISION

_X_ Participate in a program of drug or alcohol abuse treatment including urinalysis testing and counseling as directed by the Probation Officer.

_X_ Submit to search of his person, property, residence, abode or vehicle at a reasonable time and in a reasonable manner by the Probation officer.

_X_ Report all vehicles owned or operated or in which you have an interest to the Probation Officer.