USDC SCAN INDEX SHEET



USA

BRINK

GJ
3:95-CR-01985
*34*
*CRMDFT.*

| | |
|---|---|
| 1 | GERARD J. WASSON |
| | California Bar No. 166636 |
| 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC. |
| | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5008 |
| | Telephone: (619) 234-8467 |
| 4 | |
| 5 | Attorneys for Defendant Brink |

FILED

OCT 25 1996

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. IRMA E. GONZALEZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 95-1985-IEG |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ORDER** |
| | ) | **TO CONTINUE SELF-** |
| v. | ) | **SURRENDER DATE** |
| | ) | |
| AARON BRINK, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Aaron Brink, by and through his attorneys Gerard J. Wasson and Federal Defenders of San Diego, Inc., hereby moves this Court for an extension of his self-surrender date from October 31, 1996, until November 22, 1996, to Lompoc ICC. This motion is supported by the accompanying Declaration of Gerard J. Wasson.

Respectfully submitted,

GERARD J. WASSON
Federal Defenders of San Diego, Inc.
Attorneys for Defendant Brink