USDC SCAN INDEX SHEET





USA

BRINK

GJ
3:95-CR-01985
*35*
*CRDECL.*

```
GERARD J. WASSON
California Bar No. 166636
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Defendant Brink
```



```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                      (HON. IRMA E. GONZALEZ)

UNITED STATES OF AMERICA,     )   Criminal No. 95-1985-IEG
                              )
          Plaintiff,          )   DECLARATION OF
                              )   GERARD J. WASSON
v.                            )   IN SUPPORT OF MOTION FOR
                              )   ORDER TO CONTINUE SELF-
AARON BRINK,                  )   SURRENDER DATE
                              )
          Defendant.          )
_____)
```

GERARD J. WASSON declares and states as follows:

1. I am an attorney duly admitted to practice in the courts of the State of California and in the U.S. District Court for the Southern District of California. Through Federal Defenders of San Diego, Inc., I have been appointed to represented the defendant in the above-titled matter.

2. On February 13, 1996, Mr. Brink pled guilty to Count 1 of the indictment.

3. On August 19, 1996, this Court imposed a custodial sentence of thirteen (13) months. At that time the Court made a recommendation to the Bureau of Prisons that the defendant be designated to the Intensive Confinement Center, Lewisburg, Pennsylvania.

4. The Court also ordered that the defendant self-surrender to the United States Marshal's Service for this district at 4:00 p.m. on October 18, 1996, or that the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on or before October 31, 1996, at 4:00 p.m.

5. I have been in constant communication with the defendant and BOP personnel in order to facilitate the defendant's ICC placement.

6. On October 16, 1996, I spoke with Barbara Alfred, a BOP employee at the MCC, who informed me that the BOP was starting a new ICC program at Lompoc, beginning on December 2, 1996. Ms. Alfred also advised me that the reporting dates for ICC Lompoc are no earlier than November 1, and no later than November 22, 1996.

7. Ms. Alfred advised me to obtain a continuance from this Court so that the defendant can enter into Lompoc ICC during the above reporting period (i.e., "on or before November 22, 1996").

8. On October 17, 1996, I called Assistant United States Attorney David Katz and informed him via voice mail message that I would be requesting a continuance in the self-surrender date in the above matter, and he has voiced no objections to the continuance request.

FURTHER I DECLARE NOT.

Respectfully submitted,

GERARD J. WASSON
Federal Defenders of San Diego, Inc.
Attorneys for Defendant Brink