USDC SCAN INDEX SHEET



USA

BRINK

JRL
3:95-CR-01985
*42*
*CRAPPL.*

1  ALAN D. BERSIN
   United States Attorney
2  DAVID L. KATZ
   Assistant U. S. Attorney
3  California State Bar No. 141295
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5226

6  Attorneys for Plaintiff
   United States of America
7

FILED
APR 23 1997
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )  Case No. 95-CR-1985-IEG
                                  )
11            Plaintiff,          )  APPLICATION OF THE
                                  )  UNITED STATES FOR ISSUANCE
12     v.                         )  OF AN AMENDED ORDER OF
                                  )  CRIMINAL FORFEITURE
13 AARON FRANKLIN BRINK,          )
                                  )
14            Defendant.          )
   _____)
15

16      COMES NOW Plaintiff, the United States of America, by and

17 through its counsel, Alan D. Bersin, United States Attorney, and

18 David L. Katz, Assistant United States Attorney, and respectfully

19 submits the United States Government's Application for Issuance of

20 an Amended Order of Criminal Forfeiture. In support thereof, the

21 United States sets forth the following:

22      1.   On August 19, 1996, this Court entered its Order of

23 Criminal Forfeiture, which condemned and forfeited to the

24 United States all right, title and interest of Aaron Franklin

25 Brink ("Defendant") in the properties listed in the Forfeiture

26 ///

27 ///

28 ///

9514344:DLK:lln

Allegations of the Indictment, namely, ONE 1990 CHEVROLET PICKUP TRUCK, CALIFORNIA LICENSE NUMBER 5D01944, VIN NUMBER 1GCDC14N7LZ144312, and ONE 18-FOOT RIDGED HULL ZODIAC BOAT, VIN XDCA601MB595, WITH 1995 TRAILER, CALIFORNIA LICENSE PLATE #1VT1812, VIN #4OR1AG13SAD08533.

2. Pursuant to Title 21, United States Code, Section 853(n), third parties asserting a legal interest in such forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. On August 23, 1996, Notice of Order of Forfeiture was sent by certified mail to:

| Name and Address | Article No. | Result |
|---|---|---|
| Nikki Tuftee<br>991C Lomas Santa Fe Drive, #122<br>Solan Beach, California 92075 | P 302-681-608 | Returned as "unclaimed." |
| Bob Smith<br>2630 E. Beyer Blvd., 1522<br>San Ysidro, California 92173 | P 302-681-609 | Signed for and received on 8-26-96. |

4. On December 19, 25, 1996 and January 2, 1997, the United States published, in a newspaper of general circulation, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to Title 21, United States Code, Section 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the properties.

///

///

///

5. Thirty (30) days have passed following the final date of notice by publication and notice by certified mail, and no third party has made a claim to or declared any interest in any of the forfeited properties described above.

WHEREFORE, the United States respectfully requests:

1. that this Court enter an Amended Order of Criminal Forfeiture, condemning and forfeiting to the United States of America all right, title and interest of Aaron Franklin Brink and any and all third parties in ONE 1990 CHEVROLET PICKUP TRUCK, CALIFORNIA LICENSE NUMBER 5D01944, VIN NUMBER 1GCDC14N7LZ144312, and ONE 18-FOOT RIDGED HULL ZODIAC BOAT, VIN XDCA601MB595, WITH 1995 TRAILER, CALIFORNIA LICENSE PLATE #1VT1812, VIN #4OR1AG13SAD08533;

2. that costs incurred by the United States Customs Service and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties; and

3. that the Court order the United States Customs Service to dispose of the properties forthwith in accordance with the law.

DATED: April 21, 1997

Respectfully submitted,

ALAN D. BERSIN
United States Attorney

DAVID L. KATZ
Assistant U.S. Attorney