USDC SCAN INDEX SHEET

















CSG    9/16/99    7:32

3:95-CR-01985   USA V. BRINK

*46*

*CRPRB.*

# United States District Court
## for
## The Southern District of California

99 SEP 15 PM 4:56

U.S.A. vs. **Aaron Franklin BRINK (English)**     Docket No. **95-CR-1985-001-IEG**

Attorney of Record: **Federal Defenders, Inc. (appointed) (619) 234-8501**

DEPUTY

### Petition on Supervised Release

COMES NOW **MARTHA J. CROCKETT**, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Aaron Franklin BRINK**, who was placed on supervision by the Honorable **Irma E. Gonzalez**, sitting in the court at **San Diego, CA**, on the **19th** day of **August** 19**96**, who fixed the period of supervision at **4 years**, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: Participate in a program of drug or alcohol abuse treatment; submit to search; report all vehicles.

**Supervision commenced on:** August 7, 1998

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

1. On March 22, 1999, Mr. Brink committed battery upon the victim, Laura Voepel, as evidenced by his conviction in San Diego County Superior Court, El Cajon Judicial District, Case No. C197074DV.
2. Mr. Brink failed to report to Mental Health Systems, Inc., for urinalysis testing on November 10, 1998, and April 3, 1999.
3. On April 5, 1999, Mr. Brink submitted a urinalysis specimen at Mental Health Systems, Inc., which tested positive for morphine.
4. On April 7, 1999, Mr. Brink submitted a urinalysis specimen at the U.S. Probation Office which tested positive for nandrolone, an illegal anabolic steroid.
5. On or about June 19, 1999, Mr. Brink traveled outside the Southern District of California without permission of the U.S. Probation Officer, as evidenced by his admission, and Las Vegas Metropolitan Police Department Citation No. 990619-0612.

**PRAYING THAT THE COURT WILL ORDER THE OFFENDER TO APPEAR BEFORE THE COURT September 27, 1999, AT 2:00 P.M., TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE MODIFIED.**

**ORDER OF COURT**

Considered and ordered this **14th** day of **Sept.**, 19**99** and ordered filed and made a part of the records in the above case.

The Honorable Irma E. Gonzalez
U.S. District Judge

Respectfully submitted,

Fred J. Grimm   ext. 5349
U. S. Probation Officer

Place: San Diego, CA   Date: September 13, 1999.

/bs