USDC SCAN INDEX SHEET










JAH    2/12/01    15:19
3:95-CR-01985    USA V. BRINK
*48*
*CR12C.*

PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF CALIFORNIA

FILED

01 FEB 12 PM 2:02

Petition for Warrant or Summons for Offender Under Supervision

BY: _____ DEPUTY

**Name of Offender:** Aaron Franklin BRINK (English)     **Dkt No.:** 95-CR-1985-001-IEG

**Reg. No.:** 46789-198

**Name of Sentencing Judicial Officer:** The Honorable Irma E. Gonzalez, U.S. District Judge

**Date of Sentence:** 8/19/96

**Original Offense:** 21 U.S.C. §§ 952 and 960, Importation of Marijuana, a Class B felony.

**Sentence:** 30 months custody, 4 years supervised release *(Special Conditions: Participate in a program of drug or alcohol abuse treatment including urinalysis testing and counseling; submit to search; report all vehicles.) $50 special assessment.*

**Modified on 9/14/99:** Participate in a mental health treatment program as directed by the probation officer.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 8/7/98

**Asst. U.S. Atty.:** David L. Katz     **Defense Counsel:** Tony Cheng, Fed.Def.,Inc. (appt.)
(619) 234-8501

**Prior Violation History:** On September 13, 1999, the undersigned submitted a violation report to the Court (attached), reporting that the offender committed a battery upon his then girlfriend, for which he sustained a conviction in San Diego County Municipal Court. Further, Mr. Brink failed to appear for drug testing on two occasions, and tested positive for morphine, and Nandrolone, an illegal anabolic steroid. Furthermore, Mr. Brink traveled outside of the Southern District of California without permission from the probation officer, and was involved in a traffic accident in Las Vegas. On September 27, 1999, Mr. Brink appeared before the Court, and entered an admission to each of the allegations. Your Honor found the offender in violation, and continued him on supervision. His conditions of supervised release were modified to include that he participate in a mental health treatment program as directed by the probation officer.

48

# PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

The probation officer believes that the offender has violated the following conditions of supervision:

| CONDITION | | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|---|
| **(Mandatory Condition)** Refrain from any unlawful use of a controlled substance. | 1. | On June 19, 2000, Mr. Brink submitted a urine specimen which tested positive for Nandrolone, and Stanozolol, both illegal anabolic steroids. |
| | 2. | On December 11, 2000, Mr. Brink submitted a urine specimen which tested positive for Nandrolone, Stanozolol and Methenolone, all illegal anabolic steroids. |
| **(Special Condition)** Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. | 3. | On December 8, 2000, and January 20, 2001, Mr. Brink failed to appear for urinalysis testing at Mental Health Systems, Inc., as directed by the probation officer. |
| **(Standard Condition)** Work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons. | 4. | Mr. Brink has failed to work regularly at a lawful occupation. While on supervision Mr. Brink has not held a job longer than a three week period. Further, he has failed to provide the probation officer with proof of income from any legitimate employment since the month of July 2000. |

**(Standard Condition)**
Not associate with any persons engaged in criminal activity, and not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

5. On April 27, 2000, Mr. Brink was contacted by the San Diego County Sheriff's Office while in the company of William Munz, a convicted felon, a documented Outlaw Motorcycle Club gang member. Mr. Brink was riding a Harley Davidson Motorcycle, and was loitering in front of a residence known for criminal activity.

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked.

Respectfully submitted:

by *[signature]*
Fred James Grimm
U.S. Probation Officer
(619) 557-5349
Date: February 8, 2001

Reviewed and approved:

*[signature]*
Ursula W. Jennings
Supervising U.S. Probation Officer

Attachments: 12CS; 12CW; Min. Order dtd. 9/27/99; F12 &Ltr. dtd. 9/13/99; Wrksheet; J&C; PSR

## THE COURT ORDERS:

__X__ A NO-BAIL BENCH WARRANT BE ISSUED TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

_____ Other _____

_____

_____

_____*Irma E. Gonzalez*_____　　　　　　　　　_2/9/01_
The Honorable Irma E. Gonzalez　　　　　　　　　　　　Date
U.S. District Judge

　　　　　　　　　　　　　　　　　　　　　　　　　　　　fjg/jcc

AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.                                                                WARRANT FOR ARREST

Aaron Franklin Brink

CASE NUMBER:  95-cr-1985-IEG

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Aaron Franklin Brink_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

In violation of Title _____See Above_____ United States Code, Section(s) _____

Roberta Westdal

Name of Issuing Officer

J. Haslam

Signature of Deputy

J. HASLAM

Clerk of the Court

Title of Issuing Officer

February 12, 2001   San Diego CA

Date and Location

Bail fixed at $ _____NO BAIL SET_____ by _____The Honorable Irma E. Gonzalez_____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |