USDC SCAN INDEX SHEET










CSG    3/6/01    9:17
3:95-CR-01985    USA V. BRINK
*51*
*CRMO.*

# Minutes of the United States District Court
## Southern District of California

U.S.A. vs. Aaron Franklin Brink (1) Crim. No. 95CR 1985 IEG
( ) Mag. No.

Magistrate Judge __NITA L. STORMES__ Tape No. __NLS00-1: 4100-4304__

Atty Michelle McKenzie F/D for (1) __ Apptd __ Rtnd _X_ PDA
Atty _____ for ( ) __ Apptd __ Rtnd __ PDA
Atty _____ for ( ) __ Apptd __ Rtnd __ PDA
Atty _____ for ( ) __ Apptd __ Rtnd __ PDA
Atty _____ for ( ) __ Apptd __ Rtnd __ PDA
Atty _____ Appointed for material witness(es)

__ Case reassigned to Magistrate Judge _____
(DOA)/~~NTA/Sur~~ __2/24/01__ True Name _____
_X_ Dft(s) arraigned __ Not guilty all cnts __ Guilty plea/change plea guilty Count(s) _____
__ Juv delinq counts _X_ Denial __ Admission
__ Dft N/A __ B/W issued Bail on B/W __P/S C/CS__
__ Issuance of B/W stayed until _____ __ B/W recalled __ Never issued
__ Case dismissed on oral motion of court/govt/dft with/without prejudice
Bail set/modified __P/S C/CS__ __ Bail affirmed __ 18:3142(d) lifted
__ Govt oral motion for detention hearing held Motion __ granted __ denied
__ Govt to prepare detention order by _____ Risk of __ flight __ danger
__ Detention hearing not held __ See bail above _X_ No bail set
Bond __ Exonerated __ Reinstated __ Revoked __ Forfeited __ Forft set aside
Case set for/~~cont to~~ __3/5/01__ at __9:00__ (am)/~~pm~~ before Judge/~~Magistrate Judge~~ __Gonzalez__
__ Preliminary exam __ Motion setting __ Hrg motions/trial setting
__ Identity/removal hrg __ Status hearing re _____
__ Status re psych exam __ Dispo __ Other _____
__ Hearing presentence rpt/sentencing __ Referred to probation
__ Pretrial Service OSC hearing _X_ ~~Probation~~/spv release OSC hearing
Other:

Date: __3-2-01__  Deputy: __KB__