








```
CSG    3/16/01    11:06
3:95-CR-01985    USA V. BRINK
*53*
*CRJCRVK.*
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
01 MAR 16 AM 8:27

UNITED STATES OF AMERICA,

vs

AARON FRANKLIN BRINK

REVOCATION OF SUPERVISED RELEASE
JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CRIMINAL CASE NO. 95CR1985-IEG

THE DEFENDANT:                    NORMA AGUILAR, FED DEF INC,
                                       Defendant's Attorney

_X_ pleaded guilty to count(s) __ONE OF THE INDICTMENT.__
___ was found guilty to count(s) _____

    Accordingly, the defendant was adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count(s) |
|---|---|---|
| 21 USC 952, 960 | IMPORTATION OF MARIJUANA | 1 |

_X_ The Court finds, following _X_ admission of the defendant, that the defendant violated conditions of supervised release.
_X_ **SUPERVISED RELEASE HERETOFORE IMPOSED IS HEREBY REVOKED.**

The defendant is sentenced as proved in pages 2 through _2_ of this Judgment
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_X_ Remaining counts/Underlying indictment were/was dismissed on the motion of the United States.
_X_ It was ordered that the defendant shall pay to the United States a special assessment of $ _50.00_ which shall be due immediately if not previously paid.

    It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

                    __MARCH 12, 2001__
                    DATE OF IMPOSITION OF SENTENCE

                    _IRMA E. GONZÁLEZ_
                    UNITED STATES DISTRICT JUDGE
                    ENTERED ON __3-16-01__

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>FOUR (4) MONTHS</u>

\_\_ The Court makes the following recommendations to the Bureau of Prisons:

\_\_ The defendant is remanded to the custody of the United States Marshal.
\_\_ The defendant shall surrender to the United States Marshal for this district at _____ a.m./p.m. on _____
  \_\_ as notified by the Marshal.

\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons
  \_\_ on or before
  \_\_ as notified by the United States Marshal.
  \_\_ as notified by the Probation Office.

**RETURN**

I have executed this Judgment as follows:

Defendant delivered on _____ to _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

BY _____
　　　　DEPUTY MARSHAL